Christopher A. Lund, #12435
GALLIAN WELKER & BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, NV 89104
Ph:  (702) 892-3500
Fax: (702) 351-7422
clund@utahcase.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| MARCUS KYLE CHANNEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a Public Entity; and DOES 1 through 10,<br><br>    Defendant. | Case No.: 2:16-cv-02085-JAD-GWF<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>**(first request for an extension of time)** |

Plaintiff Marcus Kyle Channey ("Plaintiff") by and through the law firm of GALLIAN WELKER & BECKSTROM, L.C., and Defendant Clark County School District by and through S. Scott Greenberg of the Office of General Counsel, Clark County School District, hereby submit this Stipulated Motion for Extension of Time to File Opposition to Motion to Dismiss. Defendant has agreed to grant Plaintiff an extension, until Friday, September 30, 2016 at the end of the business day, to file his Opposition. The grounds for this Stipulated Motion are that due to personal circumstances and events in other cases, Plaintiff's counsel is in need of more time to properly respond to the Motion to Dismiss.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 26, 2016.

1

DATED this 23rd day of September, 2016.

/s/ Christopher A. Lund
Christopher A. Lund
Bar No. 12435
GALLIAN WELKER & BECKSTROM L.C.
*Attorneys for Plaintiff*

Approved as to form:

/s/ S. Scott Greenberg
[Signed by Christopher A. Lund with permission of S. Scott Greenberg]
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
Assistant General Counsel
Nevada Bar No. 4622
*Attorney for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE